## NICHOLSON v. BARNES.

No. 3701. Opinion Filed May 12, 1914.

(140 Pac. 1155.)

**APPEAL AND ERROR—Failure to File Brief—Dismissal.** Where plaintiff in error has filed no brief, as required by rule 7 of this court (38 Okla. vi, 137 Pac. ix), the appeal will be dismissed for want of prosecution.

(Syllabus by Rittenhouse, C.)

*Error from District Court, Cherokee County;*
*John H. Pitchford, Judge.*

Action by Mary C. Barnes against Sam P. Nicholson. Judgment for plaintiff, and defendant brings error. Dismissed.

*A. A. Davidson* and *J. I. Coursey*, for plaintiff in error.

*J. Berry King*, for defendant in error.

Opinion by RITTENHOUSE, C. The petition in error and transcript of the record in this case was filed in this court March 18, 1912; neither party has filed a brief, nor have they offered any excuse for the failure to do so. It is evident that the proceedings have been abandoned. The petition in error should therefore be dismissed for want of prosecution under rule 7 of this court (38 Okla. vi, 137 Pac. ix): *Eads v. Ottawa County et al.*, 41 Okla. 423, 138 Pac. 796; *Terry v. Coker*, 41 Okla. 427, 138 Pac. 814.

By the Court: It is so ordered.